**PINNOCK & WAKEFIELD, A.P.C.**
Michelle L. Wakefield, Esq.    Bar #: 200424
David C. Wakefield, Esq.       Bar #: 185736
3033 Fifth Avenue, Suite 410
San Diego, CA  92103
Telephone: (619) 858-3671
Facsimile: (619) 858-3646

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>PALACE ENTERPRISES, LLC; SUNSHINE SMOOTHIES; And DOES 1 THROUGH 10, Inclusive<br><br>　　　　　Defendants. | Case No.: 06cv2774 BEN (NLS)<br><br>ORDER GRANTING THE MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY.<br><br>[Fed.R.Civ.P. Rule 41(a)(2)] |

   **IT IS HEREBY ORDERED** pursuant to the Motion for Voluntary Dismissal Brought by Plaintiffs TRIPPLE AAA ASSOCIATION FOR CHILDREN WITH DEVELOPMENTAL DISABILITIES, that Plaintiffs' Complaint is dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: April 6, 2007

_____
HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT COURT JUDGE

06cv2774 BEN (NLS)